Todd D. Ferguson, Frankfort, KY, for Respondent–Appellee.

Norbet Steven Wilcox, West Liberty, KY, pro se.

ON MOTION

*ORDER*

Norbet Steven Wilcox moves for leave to proceed in forma pauperis.

The court notes that Wilcox has not responded to the court's May 29, 2009 order concerning this court's lack of jurisdiction in this case.

Accordingly,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) The motion to leave to proceed in forma pauperis is denied as moot.

FAIRCHILD SEMICONDUCTOR CORPORATION, Plaintiff–Appellee,

v.

THIRD DIMENSION (3D) SEMICONDUCTOR, INC., Defendant–Appellant.

No. 2009–1168.

United States Court of Appeals, Federal Circuit.

June 26, 2009.

Robert H. Stier Jr., Michael J. Sullivan, Sean L. Sweeney, Pierce Atwood, Portland, ME, for Plaintiff–Appellee.

Michael W. Shore, Alfonso Garcia Chan, Theresa M. Dawson, Shore Chan Bragalone LLP, Dallas, TX, for Defendant–Appellant.

ON MOTION

*ORDER*

Third Dimension Semiconductor, Inc. (3D) moves to dismiss its appeal. 3D states that Fairchild Semiconductor Corporation consents.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

(3) All pending motions are moot.